UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

    - v. -                          :       INDICTMENT

RAMON ANTONIO RIJO,               :       08 Cr.
   a/k/a "Pareja,"
   a/k/a "Diego,"                 :

               Defendant.

- - - - - - - - - - - - - - - - -x

**08 CRIM 645**

COUNT ONE

The Grand Jury charges:

1.  From at least in or about 2005 up to and including in or about March 2007, in the Southern District of New York and elsewhere, RAMON ANTONIO RIJO, a/k/a "Pareja," a/k/a "Diego," the defendant, and others known and unknown, unlawfully, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that RAMON ANTONIO RIJO, a/k/a "Pareja," a/k/a "Diego," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a

detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

### Overt Acts

3. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. In or about mid-December 2005, a co-conspirator not named as a defendant herein ("CC-1"), met with a cooperating witness ("CW") in Manhattan, New York, concerning a cocaine transaction.

    b. On or about January 10, 2006, RAMON ANTONIO RIJO, a/k/a "Pareja," a/k/a "Diego," the defendant, spoke with CC-1 over the telephone.

(Title 21, United States Code, Section 846.)

### FORFEITURE ALLEGATION

4. As a result of committing the controlled substance offense alleged in Count One of this Indictment, RAMON ANTONIO RIJO, a/k/a "Pareja," a/k/a "Diego," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to

facilitate the commission of the violation alleged in Count One of this Indictment.

### Substitute Assets Provision

5. If the above-described forfeitable property, as a result of any act or omission of the defendant:

(A) cannot be located upon the exercise of due diligence;

(B) has been transferred or sold to, or deposited with, a third person;

(C) has been placed beyond the jurisdiction of the Court;

(D) has been substantially diminished in value; or

(E) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RAMON ANTONIO RIJO,
a/k/a "Pareja,"
a/k/a "Diego,"

Defendant.

INDICTMENT

08 Cr. _____

(Title 21, United States Code,
Section 846.)

MICHAEL J. GARCIA
United States Attorney.

*Keith Miller*

Filed indictment. Case assigned to Judge Holwell.

SRM
7/15/08

—Francis, J.