

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 28, 2008

BY FACSIMILE

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



RECEIVED
JUL 28 2008
CHAMBERS OF
RICHARD J. HOLWELL

Re:   United States v. Ramon Antonio Rijo
      08 Cr. 645 (RJH)

Dear Judge Holwell:

An initial status conference in the above-referenced matter is scheduled for July 31, 2008, at 10:00 a.m. The Government respectfully submits this letter to request the exclusion of time from today until July 31, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A). This request is made, in the interest of justice, in order for the Government to begin producing discovery and for the parties to discuss a potential disposition of this case. I have spoken with defense counsel Nicolas Velez, Esq., and he consents to this request.

*[Handwritten: Application granted for the reasons stated above. Time is excluded from today to 7/31/08. SO ORDERED. /s/ RJH USDJ 7/28/08]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Sarah Y. Lai
Assistant United States Attorney
Tel.: (212) 637-1944
Fax: (212) 637-2239

cc: Mr. Nicolas Velez, Esq.
    (By fax to (718) 518-7374)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/08

TOTAL P.02